**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KEVIN SISTRUNK,**
on behalf of himself and on behalf
of all others similarly situated,

    **Plaintiff,**

v.                           Case No.:  8:18-cv-01228-MSS-AAS

**THE DEPOSITORY TRUST &**
**CLEARING CORPORATION,**

    **Defendant.**
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, **KEVIN SISTRUNK**, on behalf of himself and on behalf of all others similarly situated, hereby discloses the following pursuant to this Court's Interested Persons Order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% of more of a party's stock, and all other identifiable legal entities that are related to *any* party in this case:

        **Kevin Sistrunk – Plaintiff**

        **Luis A. Cabassa – Attorney for Plaintiff**

        **Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff**

        **The Depository Trust & Clearing Corporation  – Defendant**

        **Steven J. Pearlman  – Attorney for Defendant**

> **Matthew Triggs – Attorney for Defendant**
> **Michelle A. Gyves – Attorney for Defendant**
> **Proskauer Rose, LLP - Counsel for Defendant**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of these proceedings: **None.**

3. The name of every other entity that is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution: **Kevin Sistrunk.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 6th day of June, 2018.

> Respectfully submitted,
>
> */s/Luis A. Cabassa*
> **LUIS A. CABASSA**
> Florida Bar No.0053643
> **Wenzel Fenton Cabassa P.A.**
> 1110 N. Florida Avenue, Suite 300
> Tampa, Florida 33602
> Direct No.: (813) 379-2565
> Facsimile No.: 813-229-8712
> Email: lcabassa@wfclaw.com
> Email: twells@wfclaw.com
> **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of June, 2018, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Matthew Triggs, Esquire
PROSKAUER ROSE LLP
2255 Glades Road, Suit 421 Atrium
Boca Raton, FL  33431-7360
Email: mtriggs@proskauer.com

Michelle A. Gyves, Esquire
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299
Email: mgyves@proskauer.com

Steven J. Pearlman, Esquire
Three First National Plaza
70 W. Madison St., Ste 3800
Chicago, IL 60602
Email: spearlman@proskauer.com

*/s/Luis A. Cabassa*
**LUIS A. CABASSA**