IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KEVIN SISTRUNK, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>       Defendant. | No. 8:18-cv-01228-MSS-AAS |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant The Depository Trust & Clearing Corporation ("Defendant" or "DTCC"), by its undersigned attorneys, respectfully discloses the following pursuant to this Court's Interested Persons Order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Kevin Sistrunk – Plaintiff
Luis A. Cabassa – Attorney for Plaintiff
Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff
The Depository Trust & Clearing Corporation – Defendant
Steven J. Pearlman – Attorney for Defendant
Matthew Triggs – Attorney for Defendant
Michelle A. Gyves – Attorney for Defendant
Proskauer Rose LLP - Counsel for Defendant**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None**

4. The name of each alleged victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Kevin Sistrunk – Plaintiff**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 11, 2018                                Respectfully submitted,

                                                      */s/ Matthew Triggs*
                                                      Matthew Triggs
                                                      Florida Bar No. 0865745
                                                      PROSKAUER ROSE LLP
                                                      2255 Glades Road
                                                      Suite 421 Atrium
                                                      Boca Raton, FL 33431-7360
                                                      561.995.4736 (p)
                                                      561.241.7145 (f)
                                                      mtriggs@proskauer.com

                                                      Steven J. Pearlman
                                                      (*pro hac vice* to be filed)
                                                      PROSKAUER ROSE LLP
                                                      Three First National Plaza
                                                      70 W. Madison St., Ste. 3800
                                                      Chicago, IL 60602

312. 962.3550 (p)
312.962.3551 (f)
spearlman@proskauer.com

Michelle A. Gyves
(*pro hac vice* to be filed)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
212.969.3554 (p)
212.969.2900 (f)
mgyves@proskauer.com

*Counsel for Defendant The Depository Trust & Clearing Corporation*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on June 11, 2018, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Luis A. Cabassa, Esq.
Brandon Hill, Esq.
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
lcabassa@wfclaw.com
bhill@wfclaw.com
twells@wfclaw.com

               */s/ Matthew Triggs*
               Matthew Triggs